

# National Information Center

A repository of financial data and institution characteristics collected by the Federal Reserve System

FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

NIC Home | Institution Search | FBO Search | Top 50 BHCs |
BHCPR Peer Reports | FAQ
Institution History

You asked for:
**UNION PLANTERS NATIONAL BANK**

This institution has become a branch and been renamed (see Institution History). The current information is:
**6200 POPULAR MEMPHIS BRANCH**
6200 POPLAR AVENUE
MEMPHIS, TN, UNITED STATES 38119

Institution Type: Domestic Branch of a Domestic Bank
RSSD ID: 423355
Head Office: REGIONS BANK

## Financial Data

Financial statements for this institution type are not available.

NIC Home | FAQ | Help | Contact Us



# National Information Center

A repository of financial data and institution characteristics collected by the Federal Reserve System

FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

NIC Home | Institution Search | FBO Search | Top 50 BHCs |
BHCPR Peer Reports | FAQ

**Institution History for** 6200 POPULAR MEMPHIS BRANCH (423355)

8 institution history record(s) found.                              < Previous  Page 1    Next >

| Event Date | Historical Event |
|---|---|
| 1959-12-31 | UNION PLANTERS NATIONAL BANK located at 67 MADISON AVENUE, MEMPHIS, TN was established as a National Bank. |
| 1994-01-31 | UNION PLANTERS NATIONAL BANK **moved** to 6200 POPLAR AVENUE MEMPHIS, TN. |
| 1994-07-01 | UNION PLANTERS NATIONAL BANK **split and formed** UNION PLANTERS BANK OF MIDDLE TENNESSEE, N.A., UNION PLANTERS BANK OF JACKSON NATIONAL ASSOCIATION, UNION PLANTERS BANK OF CHATTANOOGA, N.A., and UNION PLANTERS BANK OF EAST TENNESSEE, N.A.. |
| 1998-01-01 | UNION PLANTERS NATIONAL BANK was **renamed** to UNION PLANTERS BANK, NATIONAL ASSOCIATION. |
| 1994-07-01 | UNION PLANTERS BANK, NATIONAL ASSOCIATION **split and formed** UNION PLANTERS BANK OF MIDDLE TENNESSEE, N.A., UNION PLANTERS BANK OF JACKSON NATIONAL ASSOCIATION, UNION PLANTERS BANK OF CHATTANOOGA, N.A., and UNION PLANTERS BANK OF EAST TENNESSEE, N.A.. |
| 2005-06-30 | UNION PLANTERS BANK, NATIONAL ASSOCIATION was **acquired** by REGIONS BANK. |
| 2005-06-30 | UNION PLANTERS BANK, NATIONAL ASSOCIATION was **renamed** to POPULAR AVE BR and **became** a branch of REGIONS BANK. |
| 2007-10-25 | POPULAR AVE BR was **renamed** to 6200 POPULAR MEMPHIS BR. |

Page 1 of 1

NIC Home | FAQ | Help | Contact Us

Beth Chapman  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

the domestic corporate records on file in this office disclose that Union Planters Bank, National Association, qualified to do business in Alabama on September 28, 1990; that Regions Bank, an Alabama Corporation, incorporated in Jefferson County, Alabama on April 2, 1957; that a merger was filed on June 29, 2005, merging Union Planters Bank, National Association into Regions Bank. I further certify that the records do not disclose that said Regions Bank has been dissolved.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

09/11/07

Date

Beth Chapman            Secretary of State





REGIONS

Sara H. Fox
Vice President
Accounting Operations

Post Office Box 11007
Birmingham, Alabama 35288
(205) 326.5688
Fax (205) 581.7266
Sara.Fox@regions.com



# REGIONS

## CERTIFICATE

I, Pamela R. Welch, a duly elected and qualified Assistant Secretary of Regions Bank, an Alabama state banking corporation, hereby certify as follows:

1. Following is a true and correct copy of Article III, Section 11 of the By-laws of Regions Bank and the same are in full force and effect on the date hereof:

"Section 11. **Execution of Instruments and Documents**. The Chief Executive Officer, or the President, or any Regional or Local President or any Vice President is authorized, in his or her discretion, to do and perform any and all corporate and official acts in carrying on the business of the Bank, including, but not limited to, the authority to make, execute, acknowledge, accept and deliver any and all deeds, mortgages, releases, bills of sale, assignments, transfers, leases (as lessor or lessee), powers of attorney or of substitution, servicing or sub-servicing agreements, vendor agreements, proxies to vote stock or any other instrument in writing that may be necessary in the purchase, sale, lease, assignment, transfer, discount, management or handling in any way of any property of any description held, controlled or used by Bank or to be held, controlled or used by Bank, either in its own or in its fiduciary capacity and including the authority from time to time to open bank accounts with the Bank or any other institution, to borrow money in such amounts for such lengths of time, at such rates of interest and upon such terms and conditions as any said officer may deem proper and to evidence the indebtedness thereby created by executing and delivering in the name of the Bank promissory notes or other appropriate evidences of indebtedness, and to guarantee the obligations of any subsidiary or affiliate of the Bank. The enumeration herein of particular powers shall not restrict in any way the general powers and authority of said officers.

By way of example and not limitation, such officers of the Bank are authorized to execute, accept, deliver and issue, on behalf of the Bank and as binding obligations of Bank, such agreements and instruments as may be within the officer's area of responsibility, including, as applicable, agreements and related documents (such as schedules, confirmations, transfers, assignments, acknowledgments, and other documents) relating to derivative transactions, loan or letter of credit transactions, syndications, participations, trades, purchase and sale or discount transactions, transfers and assignments, servicing and sub-servicing agreements, vendor agreements, securitizations, and transactions of whatever kind or description arising in the conduct of the Bank's business.

The authority to execute and deliver documents, instruments, and agreements may be limited by resolution of the Board of Directors, by a committee of the Board, by the Chief Executive Officer, or by the President, by reference to subject matter, category, amount, geographical location, or any other criteria, and may be made subject to such policies, procedures, and levels of approval as may be adopted or amended from time to time."

2. I further certify that the following individual is qualified to act as an officer of Regions Bank, with officer title as specified:

| Name | Title |
| --- | --- |
| Sara Fox | Vice President |

IN WITNESS WHEREOF, I have set my hand and affixed the seal of Regions Bank, an Alabama banking corporation, on this the 10th day of June, 2009.

SEAL

Pamela R. Welch
Assistant Secretary

40-000062/227631_44.doc

| Form **W-9** (Rev. November 2005) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

Name (as shown on your income tax return)
**REGIONS BANK**    (AmSouth Bank is now Regions Bank)

Business name, if different from above

Check appropriate box:  ☐ Individual/Sole proprietor  ☒ Corporation  ☐ Partnership  ☐ Other ▶ ..................   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
P. O. Box 11007

City, state, and ZIP code
Birmingham, Alabama 35288

Requester's name and address (optional)

List account number(s) here (optional)

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number [ | | | | | | | | ]
or
Employer identification number [redacted]

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here    Signature of U.S. person ▶ *Dawn L. Sands*    Date ▶ 6-4-07

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes, you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X    Form **W-9** (Rev. 11-2005)